# LAW OFFICES OF
# WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX
Email: *bcafaro@cafaroesq.com*

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: *akumar@cafaroesq.com*

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: *lleon@cafaroesq.com*

Andrew S. Buzin, Esq.
*Of Counsel*
ADMITTED IN NY, FL & DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 2 2020

February 6, 2020

**SO ORDERED**

The February 13, 2020 conference is adjourned to March 12, 20202 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

FEB 1 2 2020

Via ECF
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Carlos Henríquez v. 2617 World Housewares & Hardware, Inc., et al
Case No.: 1:19-cv-09538 (GBD)

Your Honor:

This firm represents Plaintiff in the above-referenced wage and hour action brought against 2617 World Housewares & Hardware, Inc. (the "2617 World Housewares") and Mustafa Alsaidi ("Mr. Alsaidi) (collectively as "Defendants"). We write regarding the initial conference and proposed scheduling Order, which is due today.

By way of background, the summons and complaint was served on 2617 World Housewares on 11/26/19, and thus their answer was due on December 17, 2019. [DE 7]. Throughout December 2019, we attempted to effectuate service on Mr. Alsaidi, but were unable to do so. [DE 8]. On January 22, 2020, we were finally able to serve the summons and complaint on Mr. Alsaidi, and thus his answer was/is due today. [DE 9]. As of tonight, Defendants have not filed an answer, contacted us, or expressed any willingness to defend this action. Thus, we are unable to submit a proposed scheduling order at this time. We ask the Court to issue an Order canceling the initial conference if Defendants do not answer the complaint by February 10, 2020 and giving Plaintiff until February 17, 2020 to file a certificate of default against Defendants.

We thank the Court for its attention and consideration to this matter.

Respectfully submitted,

/s/
Louis M. Leon, Esq. (LL 2057)

1