UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

CARLOS HENRIQUEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

2617 WORLD HOUSEWARES & HARDWARE, INC.; MUSTAFA ALSAIDI,

                Defendants.

------------------------------------- X

ORDER

19 Civ. 9538 (GBD)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: JUL 14 2020*

GEORGE B. DANIELS, District Judge:

The July 23, 2020 initial conference is adjourned to November 19, 2020 at 9:30 a.m.

Dated: July 14, 2020
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE