**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CARLOS HENRIQUEZ, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

-against-

2617 WORLD HOUSEWARES & HARDWARE, INC.; MUSTAFA ALSAIDI,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

19 Civ. 9538 (GBD)

GEORGE B. DANIELS, District Judge:

The November 19, 2020 initial conference is adjourned to February 18, 2021 at 9:30 a.m.

Dated: November 5, 2020
      New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE