UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

CARLOS HENRIQUEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

2617 WORLD HOUSEWARES & HARDWARE, INC.; MUSTAFA ALSAIDI,

                Defendants.

------------------------------------------------------------- X

ORDER

19 Civ. 9538 (GBD)

GEORGE B. DANIELS, District Judge:

The February 18, 2021 initial conference is adjourned to May 13, 2021 at 9:30 a.m.

Dated: February 11, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE