UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

CARLOS HENRIQUEZ, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

-against-

2617 WORLD HOUSEWARES & HARDWARE, INC.; MUSTAFA ALSAIDI,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 9538 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 03 2021

GEORGE B. DANIELS, District Judge:

    The initial conference scheduled for August 19, 2021 is cancelled. The Clerk of the Court issued certificates of default in the above-captioned case on December 18, 2020. (ECF No. 16, 17.) Plaintiff shall move for entry of default judgment within thirty (30) days of this order. Failure to do so will result in this case being closed.

Dated: August 3, 2021
      New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE