**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
:
CARLOS HENRIQUEZ, *on behalf of himself and* :
*all others similarly situated*, :
:
                 Plaintiff, :
    -against- :    DEFAULT JUDGMENT
:
2617 WORLD HOUSEWARES & HARDWARE, :    19 Civ. 09538 (GBD)
INC.; MUSTAFA ALSAIDI, :
:
               Defendants. :
:
------------------------------------ X

GEORGE B. DANIELS, District Judge:

This action was commenced on October 17, 2019 by the filing of a Summons and Complaint. A copy of the Summons and Complaint was served on Defendant 2617 World Housewares & Hardware, Inc. on November 26, 2019 and Defendant Mustafa Alsaidi on January 16, 2020 by personally serving an Authorized Agent at the Office of the Secretary of State of the State of New York. Proof of service was filed on December 4, 2019 and January 22, 2020, respectively. Defendants failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving has expired.

It is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff Carlos Henriquez have judgment, plus statutory pre and post-judgment interest, against Defendants 2617 World Housewares & Hardware, Inc. and Mustafa Alsaidi. Plaintiff waives his right to attorney fees and costs for the purposes of this default judgment, but maintains his right to such fees and costs if the case proceeds on its merits.

This matter is referred to Magistrate Judge Gabriel W. Gorenstein for an inquest on damages. The Clerk of Court is directed to close the motion, (ECF No. 21), accordingly.

Dated: November 2, 2021
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE