UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                          :
CARLOS HENRIQUEZ, *on behalf of himself and*  :
*all others similarly situated*,                          :
                                                          :
                                    Plaintiff,            :
        -against-                                         :          ORDER
                                                          :
2617 WORLD HOUSEWARES & HARDWARE,  :          19 Civ. 9538 (GBD)
INC.; MUSTAFA ALSAIDI,                             :
                                                          :
                                    Defendants.         :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

        Given the Default Judgment issued on November 2, 2021, (ECF No. 25), the Clerk of the

Court is hereby ORDERED to close the above-captioned action.


Dated: JUN 21 2022
        New York, New York

                                                SO ORDERED.

                                                *George B. Daniel*
                                                GEORGE B. DANIELS
                                                UNITED STATES DISTRICT JUDGE