

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 22, 2022

<u>*Via Electronic Case Filing*</u>
Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

      Re:    *Carlos Henriquez v. 2617 World Housewares & Hardware, Inc., et al*
              Case No.: 1:19-cv-09538 (GBD) (GWG)

Your Honor:

      This firm represents the Plaintiff in the above-referenced matter. We write to request that the deadline to file the proposed findings of fact and law related to Plaintiff's Motion for Default Judgment, or to file a notice of dismissal without prejudice, (which is today) be extended to November 22, 2022 and that Defendants' response papers, if any, be extended to December 22, 2022

      As indicated in a previous filing, Plaintiff's counsel has reached out to Plaintiff to obtain his input and an affidavit concerning his damages for the default judgment motion, but he has not gotten back to us. This issue has persisted. Although the Court has given us permission to file a notice of dismissal without prejudice if we are unable to reach Plaintiff, we wish to continue our attempts to contact him before we consider taking such a dispositive step, particularly since Defendants failed to ever appear in this action despite being repeatedly placed on notice of their default.

      As such, we ask the Court to grant our request for a sixty (60) day extension to make absolutely sure that Plaintiff cannot be reached. This is our second time making such request. We would have made this application sooner, but we were waiting to hear back from our client.

      We thank the Court for its attention and consideration to this request.

                              Respectfully Submitted,

                              _____/s/_____
                              Louis M. Leon, Esq.

The Court extends to November 22, 2022, the deadline to either file the papers required by Docket # 29 or to file a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).  There will be no further extensions granted based on counsel's inability to locate plaintiff.  If the papers required by Docket # 29 are filed, defendants may respond within 30 days thereafter.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 22, 2022